**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ELLIPSO, INC.,** *et al* | : | |
| | : | |
|     **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 02-cv-0433 JR** |
| | : | |
| **RICHARD A. INCIARDI** | : | |
| | : | |
|     **Defendant.** | : | |

**NOTICE OF WITHDRAWAL**

As instructed by our client, the undersigned counsel for plaintiffs hereby give notice of their withdrawal from this proceeding.

Respectfully submitted,

 /s/ Martin Lobel

Martin Lobel (No. 18960)
Henry M. Banta (No. 68957)
Arthur L. Fox, II (No. 58495)
Lobel, Novins & Lamont
1275 K Street, N.W., Suite 770
Washington, D.C. 20005
(202) 371-6626

## Certificate of Service

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, this 19th day of November, 2002, on:

Richard A. Inciardi
19800 Helmond Way
Montgomery Village, MD 20886


 /s/ Martin Lobel
Martin Lobel (18960)
Lobel, Novins & Lamont
1275 K Street, N.W., Suite 770
Washington, D.C. 20005