RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2002 NOV 18 AM 11: 10

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLOMBIA

ELLIPSO, INC., *et al.*,:

    Plaintiffs,

v.

RICHARD A. INCIARDI

Defendants.

Civil Action No. 02-0433 (JR)

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Mr. Montgomery Blair Sibley, Esq., DC Bar No. 464488, of the Law Offices of Rodriguez & Sibley, Suite 800, 1133 21st Street, NW Washington, D.C. 20005 (202)478-0371, pursuant to the District Court's LCvR 83.6(a), to file this notice of entry of appearance this 14th day of November, 2002, on behalf of Plaintiffs ELLIPSO, Inc. *et al.*

Respectfully,

_____
Mr. Montgomery Blair Sibley, Esq.
Attorney for Plaintiffs
DC Bar No. 464488
Law Office of Rodriguez & Sibley
Suite 800, 1133 21st Street, NW
Washington, D.C. 20005

*Certificate of Service*

*I on this 18th day of November have served opposing party pro se by U.S. Mail, postage prepaid.*

*Isidoro Rodriguez*
*Attorney Pro Hac Vice*

1