

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC., et al. | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 02-0433 |
| | * | Hon. James Robertson |
| RICHARD A. INCIARDI | * | |
| Defendant | * | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

YOU WILL PLEASE enter the appearance of the undersigned as Attorney for the Plaintiffs, Ellipso, Inc. et al. in the above-styled action.

THOMAS J. MITCHELL, ESQ.
D.C. Bar No. 449326
Attorney for Plaintiffs
P.O. Box 459
Laurel, Maryland 20725-0459
Tel: (301) 604-1797
Fax: (301) 604-4127

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed a copy of the foregoing Entry of Appearance postage prepaid first class this 9th day of December, 2002 to:

Richard A. Inciardi
19800 Helmond Way
Montgomery Village, MD  20886

THOMAS J. MITCHELL, ESQ.