IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC., *et al.*,

        Plaintiffs

v.

        Civil Action No. 02-0433 (JR)

RICHARD A. INCIARDI

        Defendant

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

PLAINTIFFS Ellipso, Inc., et al., by and through their undersigned Attorney, Thomas J. Mitchell, opposes Defendant's Motion to Dismiss, as follows:

1) On September 26, 2003, Plaintiff provided to Defendant's Counsel a Supplemental Response to Defendant's Notice to Produce, which Supplemental Response substantively complies with the Court's July 11 verbal Order.[1] In that Supplemental Response, Plaintiff identifies with specificity, of the vast number of documents previously provided to Defendant, those documents that are responsive to specific requests of the Defendant's. Also, the Supplemental Response lists Defendant's various admissions made both in Defendant's Answer and in Defendant's responses to Plaintiff's Requests for Admissions. A copy of that Supplemental Re-

---

[1] Plaintiff's counsel regrets that the substantive response was not filed by the August 11 deadline orally set by the Court but Counsel was initially awaiting the issuance of a written order. Also, Counsel was hampered by an inability to access certain files, as Plaintiff was required to hurriedly vacate its offices on June 15, 2003, and the relevant documents are stored in three different locations.

Law Offices
Thomas J. Mitchell, P.C.
P.O. Box 459
Laurel, Maryland 20725-0459
(240) 475-8270

sponse is attached hereto as Exhibit A.

2) On its merits, Defendant's Motion to Dismiss and complaints about failure to produce are without substance. One of Defendant's Counsel of Record in this proceeding is also Counsel of Record in another case before this Court, and both of those cases are but two of a series of some 14 cases that have been initiated, all arising out of the same wellspring of parties and events. Defendant's other Counsel of Record in the instant case is also Counsel of Record in one of the other 14 cases, and that Counsel is intimately familiar with the documents previously provided.

3) Defendant does not have clean hands with respect to Defendant's complaints about Plaintiff's failure to produce. Whereas Plaintiff has provided a voluminous number of documents, and has now indicated with more specificity those that are relevant to Defendant's specific requests, Defendant has yet to produce a single sheet of paper in this action, despite longstanding requests for production. Defendant has also created obstructions that have prevented Plaintiff to date from deposing material witnesses, despite repeated efforts to make arrangements for such depositions. Defendant did not even attempt to initiate depositions until the eve of closing of discovery.

4) Defendant has not been prejudiced by any delay on the part of Plaintiff in complying with this Court's July 11, 2003, order, as discovery is now reopened for a period of 60 days following Plaintiff's compliance with the July 11, 2003, Order.

WHEREFORE Plaintiffs respectfully request that this Honorable Court deny the Defendant's Motion to Dismiss, and that the Court enter such other and further

LAW OFFICES
THOMAS J. MITCHELL, P.C.
P.O. BOX 459
LAUREL, MARYLAND 20725-0459
(240) 475-8270

**relief as it may deem just and proper.**

**Respectfully Submitted:**

**THOMAS J. MITCHELL, P.C.**

_____

**THOMAS J. MITCHELL, ESQ.**
ATTORNEY FOR PLAINTIFFS
D.C. BAR NO. 449326
P.O. BOX 459
LAUREL, MARYLAND 20725-0459
TEL:   (240) 475-8270
FAX:   (301) 604-4127

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELLIPSO, INC.,** *et al.*,        :
                                     :
            **Plaintiffs**    :
                                     :
**v.**                               :
                                     :   Civil Action No. 02-0433 (JR)
**RICHARD A. INCIARDI**              :
                                     :
            **Defendant**    :

**O R D E R**

**UPON CONSIDERATION** of Defendant's Motion to Dismiss and Plaintiffs' Response in Opposition, and Counsel for the parties having had an opportunity to be heard, and the Court being fully advised in the premises, it is this ___ day of _____, 20 ___, by the United States District Court for the District of Columbia

    **ORDERED,** that the Defendant's Motion to Dismiss be, and the same hereby is, DENIED.

_____
**James Robertson, Judge**
**U.S. District Court for the**
**District of Columbia**