UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ELLIPSO, INC. *et al.*

    Plaintiff.

v.

INCIARDI

    Defendant.
_____/

Case Number: 1:02-cv-00433-JR-JMF

**MOTION OF MONTGOMERY BLAIR SIBLEY AND ISIDORO RODRIGUEZ TO WITHDRAW AS COUNSEL**

    Montgomery Blair Sibley, Isidoro Rodriguez and the Law firm of Rodriguez & Sibley, L.L.P. hereby move this Court for an order permitting their withdrawal as counsel for Plaintiffs Ellipso, Inc., Virtual Geosatellite Holdings, Inc., Virtual Geosatellite, LLC, and Mobile Communications Holdings, Inc., and for grounds in support thereof state:

    1.    Montgomery Blair Sibley, Isidoro Rodriguez and the Law firm of Rodriguez & Sibley, L.L.P. have been unable to communicate with the Plaintiffs who have refused to respond to mail, telephone and email messages regarding fees owed and request to withdraw by consent.

    2.    Plaintiffs are ably represented by Martin Lobel of Lobel, Novins & Lamont.

    **MONTGOMERY BLAIR SIBLEY**
Attorneys for Plaintiffs
Rodriguez & Sibley, L.L.P.
1717 K Street, Suite 600
Washington, D.C. 20036
Voice:    (202) 508-3699
Fax:    (202) 478-0371

By:   /s/ Montgomery Blair Sibley
    Montgomery Blair Sibley
    D.C. Bar Number: 464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ELLIPSO, INC. *et al.*

      Plaintiff.

v.

INCIARDI

      Defendant.
_____/

Case Number: 1:02-cv-00433-JR-JMF

**ORDER GRANTING MOTION OF MONTGOMERY BLAIR SIBLEY AND ISIDORO RODRIGUEZ TO WITHDRAW AS COUNSEL**

    This cause having come on to be heard on Montgomery Blair Sibley, Isidoro Rodriguez and the Law firm of Rodriguez & Sibley, L.L.P. motion for an order permitting their withdrawal as counsel for Plaintiffs Ellipso, Inc., Virtual Geosatellite Holdings, Inc., Virtual Geosatellite, LLC, and Mobile Communications Holdings, Inc, and the Court being advised in the premises, the motion is Granted.

                                                                                                   _____

                                                                                                   District Court Judge