AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ellipso, Inc. et al

        Plaintiff(s)     )
                              )    **APPEARANCE**

           vs.            )    CASE NUMBER   1:02-cv-433

Inciardi

       Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David Jerome Taylor  as counsel in this
                                       (Attorney's Name)

case for:  Ellipso, Inc., Mobile Communciations Holdings, Inc., Virtual Geosatellite Holdings, Inc.
                            (Name of party or parties)

November 23, 2005
Date

*(Signature)*

91280
BAR IDENTIFICATION

David Jerome Taylor
Print Name

1747 Pennsylvania Ave., N.W., Suite 300
Address

Washington, DC      20006
City     State     Zip Code

(202) 454-2855
Phone Number